IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARVIN L. JERELDS,**

      **Plaintiff,**

vs.                                            **CASE NO. 4:04CV363-MMP/AK**

**GOVERNOR JEB BUSH,**
et al,

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brought this lawsuit pursuant to 42 U.S.C. §1983 alleging that the Defendants have been deliberately indifferent to his serious medical needs by allowing him to be exposed to hydrogen sulfide. (Doc. 1). At the time the complaint was filed Plaintiff was incarcerated at Union Correctional Institution. By Order dated July 15, 2005, Plaintiff was directed to file an amended complaint on or before August 15, 2005. (Doc. 6). This Order was returned as undeliverable with a notation indicating that Plaintiff had been released for over thirty days. (Doc. 7). No forwarding address was provided and Plaintiff has not contacted the Court to advise of his new free-world address.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to advise the Court of his new address

after he was released, and the Court has no means of communicating further with him. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 31st Day of August, 2005.

                                    s/A Korblum
                                   **ALLAN KORNBLUM**
                                   **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:05cv224-mmp/ak**